IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUST BORN, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 13-7313 |
| SUMMIT FOODS ENTERPRISES, INC. | : | |

## **ORDER**

AND NOW, this 6th day of March, 2015, "Defendant's Motion to Dismiss or, in the Alternative, to Transfer and Consolidate" (doc. no. 9) is denied. A memorandum accompanies this order.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
Joseph F. Leeson. Jr., J.